# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BYATT ARABIANS INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-281 |
| | § | |
| DAVID HERCULES BOTHA, *et al.*, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

The plaintiff, Michael Byatt Arabians, Inc. ("MBA"), has moved to administratively close this case based on the parties' execution of a settlement agreement with a payout period ending on March 1, 2016.  The settlement agreement requires the plaintiff to move to dismiss this action with prejudice after the final payment is received.

Based on the parties' settlement agreement, the court grants the motion, (Docket Entry No. 29).  This case is administratively closed, without prejudice to the parties' right to move no later than **March 1, 2016**, either for reinstatement because the settlement was not completed or for entry of final judgment and dismissal with prejudice if the settlement was completed.  All motions currently pending are denied without prejudice.  Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.  The court appreciates the prompt notification of settlement.

SIGNED on  June 30, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge